**FILED**

APR 15 2026

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,       )
                                )
    Plaintiff,                  )
                                )
v.                              )      **4:26-CR-00174-CMS/JMB**
                                )
RAYMOND PORTER, JR.,            )
DAVID HOLMON,                   )
MONICA BUTLER,                  )
DANA KELLY,                     )
ALEXANDER SAMPSON, and          )
LATRICE DAVIS,                  )
                                )
    Defendants.                 )

## STATEMENT OF ORGANIZATIONAL VICTIMS PURSUANT TO FED. R. CRIM. P. 12.4(a)(2)

The United States herewith files its Statement of Organizational Victims Pursuant to Fed. R. Crim. P. 12.4(a)(2). Under Rule 12.4 of the Federal Rules of Criminal Procedure, the United States must provide the Court with a statement identifying corporate victims of criminal activity. Fed. R. Crim. P. 12.4(a)(2). The United States must also provide certain ownership information concerning corporate victims to the extent this information is available through due diligence. *Id.* This information is intended to aid the Court in complying with its obligations under the Code for Conduct for United States Judges. *See* Fed. R. Crim. P. 12.4 advisory committee's note.

The United States has used due diligence and identified what it believes are the corporate victims potentially affected by the defendant's conduct alleged in the Indictment. Those victims are listed below. The United States believes that this list will allow the Court to make an informed decision of whether it has any "financial interest in the subject matter of the controversy." *Id.* (quoting Code of Judicial Conduct, Canon 3C(1)(c) (1972)).

1. Seattle Bank. Ultimate parent company: Seattle Bancshares, Inc. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

2. Customers Bank. Ultimate parent company: Customers Bancorp, Inc. The United States believes that Blackrock, Inc. owns 10% or more of the stock of Customers Bancorp, Inc.

3. Milestone Bank. Ultimate parent company: Lease Corporation of America. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

4. First Bank of the Lake. Ultimate parent company: FBOL Bancshares, Inc. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

5. Kabbage, Inc. Ultimate parent company: American Express. The United States believes that Berkshire Hathaway, Inc. owns 10% or more of the stock of this corporate victim.

6. Amur Equipment Finance, Inc. Ultimate parent company: Amur Finance Company. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

7. Itria Ventures LLC. Ultimate parent company: Biz2Credit. The United States knows of no publicly-held corporation that owns 10% or more of the stock of this corporate victim.

Respectfully submitted,

THOMAS C. ALBUS
UNITED STATES ATTORNEY

/s/    *Justin M. Ladendorf*
JUSTIN M. LADENDORF, #68558MO
ASSISTANT UNITED STATES ATTORNEY
Thomas F. Eagleton Courthouse
111 South Tenth Street, 20th Floor
St. Louis, Missouri 63102
(314) 539-2200