UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:26CR00174 CMS/JMB |
| | ) | |
| RAYMOND PORTER, JR., DAVID | ) | |
| HOLMAN, MONICA BUTLER, DANA | ) | |
| KELLY, ALEXANDER SAMPSON, and | ) | |
| LATRICE DAVIS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

To avoid any potential appearance of impropriety, Judge Cristian M. Stevens disqualifies himself from this case. Therefore, the case is being randomly reassigned to a different judge.

Accordingly,

**IT IS HEREBY ORDERED** that the above-styled cause is randomly reassigned to the Honorable Matthew T. Schelp.

April 17, 2026                                        NATHAN M. GRAVES
Date                                                        CLERK OF COURT

By: /s/ Katie Spurgeon
Operations Manager

**In all future documents filed with the Court, please use the following case number: 4:26CR00174 MTS/JMB.**